1
2
3
4
5

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6    UNITED STATES DISTRICT COURT
7    SOUTHERN DISTRICT OF CALIFORNIA

8
9   UNITED STATES OF AMERICA,       )   Criminal Case No. 08CR 2853-Ben
                                    )
10          Plaintiff,               )   I N F O R M A T I O N
                                    )
11      v.                          )
                                    )   Title 18, U.S.C., Sec. 2252(a)(1) - Transportation
12  JUAN CARLOS CHIMAL-MORAN,       )   of Visual Depictions of a Minor Engaged in
                                    )   Sexually Explicit Conduct
13          Defendant.               )
                                    )
14  _____)

15      The United States Attorney charges:

16      On or about and between June 1, 2008 and July 21, 2008, in the Southern District of California,

17  the defendant, JUAN CARLOS CHIMAL-MORAN, did knowingly transport and ship in interstate and

18  foreign commerce, a visual depiction, to wit: an undeveloped roll of film, the production of such visual

19  depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title

20  18, United States Code, Section 2256(2), and such depiction being of such conduct; in violation of Title

21  18, United States Code, Sections 2252(a)(1) and 2252(b)(1).

22
23      DATED: August 28, 2008.

24                                          KAREN P. HEWITT
                                            United States Attorney
25
                                            /s/ Alessandra Serano
26                                          _____
                                            ALESSANDRA P. SERANO
27                                          Assistant U.S. Attorney

28