AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | 08MJ2267 |
| JUAN CARLOS CHIMAL-MORAN | |

CASE NUMBER: 08CR 2853-Ben

I, JUAN CARLOS CHIMAL-MORAN, the above named defendant, who is accused of violating Title 18, U.S.C., Section 2252(a)(1)- transportation of visual depiction of minor engaged in sexually explicit conduct, a felony, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 8-28-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*J Chimal*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER

FILED
AUG 28 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY